KRIS A. MCLEAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Kris.McLean@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
SEP 28 2015
Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. DRUMLUMMON GOLD CORPORATION AND SEIBERT SMITH, Defendants. | CR 15-6-H-CCL <br><br> **SUPERSEDING INFORMATION** <br><br> FAILURE TO COMPLY WITH MSHA ORDER (COUNT 1) <br> Title 30 U.S.C. § 820(c)(d);18 U.S.C.§2 <br> (Penalty: Individual-1 year imprisonment, $250,000 fine, 3 years supervised release; organization-$250,000 fine) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about March 12, 2013, at Marysville, in Lewis and Clark County, within the State and District of Montana, the defendants, DRUMLUMMON GOLD CORPORATION AND SEIBERT SMITH knowingly failed to comply with an order issued by an MSHA inspector to provide an accurate U.S. Department of Labor Mine Safety and Health Administration Certificate of Training Form 5000-23 for employee D.W. in violation of 30 U.S.C. § 820(c),(d) and 18 U.S.C.§ 2.

DATED this 25th day of September, 2015.

MICHAEL W. COTTER
United States Attorney

/S/ Kris McLean
KRIS A. MCLEAN
Assistant U.S. Attorney
Attorney for Plaintiff

_Timothy J. Cavan_ For
MICHAEL W. COTTER
United States Attorney

_Timothy J. Cavan_ For
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney