UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF DIRECTORS OF
DRUMLUMMON GOLD CORPORATION

The undersigned, being all of the directors of Drumlummon Gold Corporation, a Delaware Corporation, (the "Corporation"), hereby consent to the following actions in lieu of an organizational meeting, waive any notice whatsoever required to be given in connection therewith, and direct that these resolutions be inserted into the proceedings of the Corporation.

WHEREAS, the federal government through the United States Department of Justice and the Mine Safety and Health Administration (MSHA) conducted an investigation resulting in a criminal charge being filed against the Corporation concerning an incident that occurred on or about March 12, 2013 at an underground gold mine at Marysville, Montana; and

WHEREAS, this Board has consulted with legal counsel in connection with the criminal case, *United States of America v. Drumlummon Gold Corporation and Seibert Smith*, CR-15-6-H-CCL, United States District Court, District of Montana, Helena Division; and

WHEREAS, the Corporation reviewed the terms of the Superseding Information, Offer of Proof, and Plea Agreement for the Corporation and Seibert Smith, and the Corporation entered into a written Plea Agreement resolving the case; and

WHEREAS, a change of plea and sentencing hearing has been scheduled for October 22, 2015; and

NOW, THEREFORE, BE IT RESOLVED, that its legal counsel, Al Avignone, is hereby authorized and directed to appear in court at the change of plea hearing and sentencing presently scheduled for October 22, 2015, make such statements and take such action as necessary and appropriate to effectuate the intent and purpose of the Plea Agreement, and in the name and on behalf of the Corporation plead the Corporation guilty to the Superseding Information, charging one count of a violation of 30 U.S.C. § 820(c), (d) and 18 U.S.C. § 2, knowingly failed to comply with an order issued by an MSHA



inspector to provide an accurate U.S. Department of Labor Mine Safety and Health Administration Certificate of Training Form 5000-23 for employee D.W.

This Unanimous Written Consent may be executed in counterparts, each of which shall be deemed to be part of one and same original instruments.

Dated: ___19th___ day of October, 2015.

_____
Darren Blasutti

_____
Warren Varga

_____
Peter McRae